Per Curiam.

## THIRD DISTRICT.

Loren C. Cox, appellee, v. John F. Garner, appellant.

Suit for commission on real estate sale. Judgment for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923.

C. H. Wood, for appellant. Schlagenhauf & Schlagenhauf, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Frank Coventry, appellee, v. Herman Bunning and William Bunning, appellants.

Suit on judgment note. Judgment for plaintiff. Motion to open up judgment denied. Appeal from the Circuit Court of Shelby county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923.

S. S. Clapper and Geo. B. Rhoads, for appellants. J. E. Dazey and Whitaker, Ward & Pugh, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

R. L. Hartwig, appellant, v. Adelia M. Stickel, appellee.

Suit to recover for keep of a horse. Judgment for appellee. Appeal from the County Court of Logan county; the Hon. L. B. Stringer, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion held January 17, 1923.

Harold F. Trapp, for appellant. McCormick & Murphy, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Laurent Breault, defendant in error, v. H. W. Brownfield and Maud Brownfield, plaintiffs in error.

Suit on judgment note. Judgment for plaintiff. Motion to open judgment denied. Error to the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded with directions. Opinion filed January 17, 1923.

H. M. Murray and Herrick & Herrick, for plaintiffs in error. Savary, Ruel & La Marre and Morrissey, Sullivan & Rust, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.